```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 23856
  DAVID NASS
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
  SSN XXX-XX-4435

---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/19/07 .

   2.  The case was dismissed without confirmation, 02/01/2008.

---------------------------------------------------------------------------
CREDITOR NAME                CLASS        CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                           PAID         PAID
---------------------------------------------------------------------------

        Summary of disbursements:
---------------------------------------------------------------------------
                  SECURED    PRIORITY   UNSECURED     OTHER        TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00         .00         .00         .00
PRINCIPAL PAID        .00         .00         .00         .00         .00
INTEREST PAID         .00         .00         .00         .00         .00
TOTAL PAID            .00         .00         .00         .00         .00
The Debtor's attorney, THADDEUS HUNT              , was allowed $      .00
and was paid $        .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $        .00 .
```

```
Dated: 05/21/08                 /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE
```

```
                                    PAGE   2
        CASE NO. 07 B 23856 DAVID NASS
```